**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**TOMMY N. EVANS, et al.**                                      **PLAINTIFFS**

**VS.**                                      **CIVIL ACTION 3:07cv327 TSL-JCS**

**USAA CASUALTY INSURANCE
COMPANY**                                      **DEFENDANT**


**ORDER OF REMAND**

Before the court is the plaintiffs' motion to remand this cause to the County Court of Pike

County, Mississippi, and the court, being advised that a stipulation limiting recoverable damages has

been filed in this cause and that the parties have agreed that this case should be remanded, finds that

this case should be remanded to the County Court of Pike County, Mississippi.

IT IS, THEREFORE, ORDERED that this action be and the same is hereby remanded to the

County Court of Pike County, Mississippi.

THIS 20th day of March, 2008.

                              /s/Tom S. Lee_____
                              UNITED STATES DISTRICT JUDGE